UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ZHUOER LIU,                                            :

               Plaintiff,                        :

    - against -                                   :           ORDER

HUNGRYPANDA US, INC.,                    :           21-CV-5581 (GHW)(KNF)

              Defendant.                      :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      It has come to the Court's attention that a mediation referral order was issued in this case on August 27, 2021. See Docket Entry No 13. Therefore, the mediation referral order issued by the Court on September 15, 2021, Docket Entry No.16, was not needed and is hereby vacated. The order at Docket Entry No. 13 remains in effect.

Dated:  New York, New York                         SO ORDERED:
        September 16, 2021

                                                                         *Kevin Nathaniel Fox*
                                                                    KEVIN NATHANIEL FOX
                                                                    UNITED STATES MAGISTRATE JUDGE